UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS CRUZ GASCA,<br><br>                              Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,<br><br>                              Respondents. | Case No.:  26-cv-2118-RSH-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>[ECF No. 2] |

On April 3, 2026, petitioner Jose Luis Cruz Gasca filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner asserts that he is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a). *Id.* ¶¶ 6–7, 24, 38–40. On April 13, 2026, Respondents filed a return stating that they do not oppose such relief. ECF No. 5 at 2.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner before an immigration court within ***seven (7) days*** of this order

pursuant to 8 U.S.C. § 1226(a).[1] In light of this disposition, Petitioner's application for a temporary restraining order [ECF No. 2] is **DENIED** as moot.

     **IT IS SO ORDERED**.

Dated: April 14, 2026

                                      Hon. Robert S. Huie
                                      United States District Judge

---

[1] To the extent Petitioner seeks to recover attorneys' fees, he must do so pursuant to a noticed motion that complies with the Civil Local Rules of this Court and the undersigned's Pretrial Civil Procedures.

26-cv-2118-RSH-DEB